No. 13,562.

FURLONG ET AL. *v.* THE PEOPLE.
(37 P. [2d] 1119)

Decided November 19, 1934.

Mr. LOUIS A. HELLERSTEIN, for plaintiffs in error.

Mr. PAUL P. PROSSER. Attorney General, Mr. CHARLES H. QUEARY, Assistant, Mr. J. GLENN DONALDSON, Assistant, for the people.

*En Banc.*

MR. JUSTICE BUTLER delivered the opinion of the court.

JAMES Furlong, alias Jim Furlong, and H. Merle Cline were convicted of violating the Money Lenders Act (S. L. 1919, c. 159, C. L. c. 63).

In *Gronert v. People,* 95 Colo. 508, 37 P. (2d) 396, just decided, we held that act to be unconstitutional.

Judgment reversed, and cause remanded with the direction to the district court to dismiss the case.